# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Kelly A. Evanosich
:
:
:
:
: BANKRUPTCY NO. 24-10304-pmm

       Debtor (s)

## P R A E C I P E TO WITHDRAW DOCUMENT(S)

TO THE CLERK

Kindly withdraw docket Entry No(s).42

                                           Respectfully submitted,

Date: April 18, 2024                  /s/ Kenneth E. West, Esquire
                                           Kenneth E. West, Esquire
                                           Chapter 13 Standing Trustee
                                           P.O. Box 40837
                                           Philadelphia, PA  19107