## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :   CHAPTER 13

Kelly A. Evanosich

                                          :
                                          :
                                          :
                                          :   BANKRUPTCY NO.  24-10304-pmm

                   Debtor (s)


## P R A E C I P E TO WITHDRAW DOCUMENT(S)


TO THE CLERK

 Kindly withdraw docket Entry No(s).18&20




                               Respectfully submitted,

Date: April 18, 2024                       /s/ Kenneth E. West, Esquire
                               Kenneth E. West, Esquire
                               Chapter 13 Standing Trustee
                               P.O. Box 40837
                               Philadelphia, PA  19107