**Fill in this information to identify your case:**

Debtor 1: **Kelly A. Evanosich**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (if known): **24-10304**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** 
Creditor's Name: **Mr. Cooper**
**Attn: Bankruptcy**
**P.O. Box 818060**
Number    Street
**Cleveland, OH 44181**
City    State    ZIP Code

Describe the property that secures the claim:
**20% interest as one of five joint tenants**
**4510 Tolbut St Philadelphia, PA 19136-1418**

Column A: **$138,282.40**   Column B: **$31,808.00**   Column C: **$106,474.40**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: **$138,282.40**

Debtor 1  **Kelly**        **A.**          **Evanosich**                    Case number *(if known)* **24-10304**
         First Name    Middle Name    Last Name

|  | Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|

**2.2** **Mr. Cooper**
Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 818060**
Number    Street
**Cleveland, OH 44181**
City         State     ZIP Code

**Describe the property that secures the claim:**   $150,680.16    $30,640.00    $120,040.16

**20% interest as one of five joint tenants**
**2341 E Albert St Philadelphia, PA 19125-2349**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset)   _____

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

---

**2.3** **Police & Fire FCU**
Creditor's Name
**901 Arch Street**
Number    Street

**Philadelphia, PA 19107**
City         State     ZIP Code

**Describe the property that secures the claim:**   $8,650.61    $14,705.08    $0.00

**Insurance Payout From Allstate For Totaled GMC Acadia**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Car Loan Paid Off By Insurance Payout For Totaled Car**

**Date debt was incurred** **9/1/2021**    **Last 4 digits of account number** **0  0  1  0**

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $159,330.77

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   _____

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **2** of **3**

| Debtor 1 | Kelly | A. | Evanosich | Case number *(if known)* 24-10304 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

| 2.4 | **Police & Fire Federal Credit Union** | **Describe the property that secures the claim:** | $181,020.29 | $162,709.60 | $18,310.69 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |
| | **3333 Street Rd** | **4502 Strahle St Philadelphia, PA 19136-2412** | | | |
| | Number    Street | | | | |
| | | **As of the date you file, the claim is:** Check all that apply. | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | **Bensalem, PA 19020-2051** | ☐ Disputed | | | |
| | City    State    ZIP Code | | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☑ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| | ☐ At least one of the debtors and another | ☐ Other (including a right to offset) | | | |
| | ☐ **Check if this claim relates to a community debt** | | | | |
| | Date debt was incurred    **6/1/2021** | Last 4 digits of account number    **0  6  2  1** | | | |

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $181,020.29 | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $478,633.46 | |

**Fill in this information to identify your case:**

Debtor 1: **Kelly** **A.** **Evanosich**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Eastern District of Pennsylvania**

Case number: **24-10304**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kelly A. Evanosich**

Kelly A. Evanosich, Debtor 1

Date **11/27/2024**
MM/ DD/ YYYY

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**