UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Kelly A. Evanosich,<br><br><br>    Debtor. | Chapter 13<br>Bankruptcy No. 24-10304-PMM |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- First Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

Mr. Cooper
Attn: Bankruptcy
P.O. Box 818060
Cleveland, OH 44181

Police & Fire Federal Credit Union
3333 Street Rd
Bensalem, PA 19020-2051

Date: November 27, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com