

December 2, 2024

Subject: Praecipe to Withdraw Claim #5

Case Nr: 24-10304

Name: Kelly A Evanosich

Claim Nr: #5

Reason: Debt has been paid in full.

Sincerely,

/s/Jeanette Smith
Bankruptcy Specialist
3333 Street Road
Bensalem, PA 19020
P: 215-931-0300, Ext 6032
F: 215-931-2110
Smithj3@pffcu.org