UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Kelly A. Evanosich,<br><br><br>　　　　　Debtor. | Chapter 13<br>Bankruptcy No. 24-10304-PMM |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Amended Schedule C

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties on the attached mailing list.

Date: December 2, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

# Mailing Exhibit

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN 56302-9617

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Jefferson Health
PO Box 1123
Minneapolis, MN 55440–1123

Mr. Cooper
Attn: Bankruptcy
P.O. Box 818060
Cleveland, OH 44181

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595