UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Kelly A. Evanosich,<br><br>    Debtor. | Chapter 13<br>Bankruptcy No. 24-10304-PMM |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Second Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

| | | |
|---|---|---|
| Mr. Cooper<br>Attn: Bankruptcy<br>P.O. Box 818060<br>Cleveland, OH 44181 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Water Revenue Bureau<br>c/o City of Philadelphia Law Dept.<br>1401 John F. Kennedy Blvd, Fl 5<br>Philadelphia, PA 19102-1595 |

Date: December 2, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com