UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Kelly A. Evanosich                :     Chapter 13
                                          :
                                          :
                                          :
                                          :
                    Debtor(s)    :     Bankruptcy No.  24-10304 PMM

## AMENDED PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Recommendation for Confirmation filed in error January 21, 2025. Docket entry #45.

                                            Respectfully submitted,

                                            /s/ Kenneth E. West, Esq

January 21, 2025

                                            Kenneth E. West
                                            Chapter 13 Standing Trustee