United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10304-pmm |
| Kelly A. Evanosich | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 21, 2025 | Form ID: 155 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kelly A. Evanosich, 4502 Strahle St, Philadelphia, PA 19136-2412 |
| 14853361 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14869751 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2025 04:03:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14853338 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2025 04:03:44 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14853339 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 22 2025 03:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14853344 | | Email/Text: megan.harper@phila.gov | Jan 22 2025 03:52:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14876083 | | Email/Text: megan.harper@phila.gov | Jan 22 2025 03:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14853340 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2025 04:03:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14855793 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2025 04:03:48 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14853341 | ^ | MEBN | Jan 22 2025 03:48:02 | Central Loan Admin & Reporting, Attn: Bankruptcy 194 Wood Ave South. Nin, Iselin, NJ 08830-2710 |
| 14855164 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2025 03:51:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14853343 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2025 04:03:49 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14853345 | | Email/Text: bankruptcy@philapark.org | Jan 22 2025 03:52:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14853346 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2025 03:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14853347 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2025 03:51:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14853348 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2025 03:51:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 14853349 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2025 03:51:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14853350 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2025 03:51:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14853351 | ^ | MEBN | Jan 22 2025 03:48:03 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14853352 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 22 2025 03:52:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14853353 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2025 04:03:48 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14853354 | | Email/Text: mrdiscen@discover.com | Jan 22 2025 03:51:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14853355 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 22 2025 03:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14853356 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2025 03:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14866164 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2025 03:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14853342 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2025 04:03:44 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14859134 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 22 2025 03:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14870401 | | Email/Text: BNCnotices@dcmservices.com | Jan 22 2025 03:51:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14853357 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 22 2025 03:51:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14863449 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2025 03:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14853358 | | Email/Text: fesbank@attorneygeneral.gov | Jan 22 2025 03:51:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14853359 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2025 03:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14853360 | ^ | MEBN | Jan 22 2025 03:48:06 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14853362 | | Email/Text: bankruptcy@philapark.org | Jan 22 2025 03:52:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14853363 | + | Email/Text: bankruptcy1@pffcu.org | Jan 22 2025 03:51:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14853364 | + | Email/Text: bankruptcy1@pffcu.org | Jan 22 2025 03:51:00 | Police & Fire Federal Credit Union, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14853365 | ^ | MEBN | Jan 22 2025 03:47:49 | Receivable Management Services. LLC, Attn: Bankruptcy 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14853366 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:03:43 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853367 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:03:53 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: 155 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14853368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:03:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14853369 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:03:48 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14853370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:03:44 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853371 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:03:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853372 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2025 04:03:52 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14853373 | + | Email/Text: bncmail@w-legal.com | Jan 22 2025 03:51:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14853374 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 22 2025 03:52:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14853375 | ^ | MEBN | Jan 22 2025 03:47:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14853376 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 22 2025 04:03:48 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14861799 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2025                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH R. LOVERDI | on behalf of Creditor Police & Fire Federal Credit Union SmithJ3@PFFCU.org divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 21, 2025 | Form ID: 155 | Total Noticed: 48 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Kelly A. Evanosich help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Kelly A. Evanosich<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10304−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 21, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court