UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Kelly A. Evanosich,<br><br><br><br>    Debtor. | Chapter 13<br>Bankruptcy No. 24-10304-PMM |

### Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**,  Debtor  Kelly A. Evanosich,  by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on January 31, 2024.

2. The trustee in this case is Kenneth E. West.

3. The plan was confirmed on January 21, 2025.

4. The Trustee filed a motion to dismiss case for failure to make plan payments due to the Debtor falling behind.

5. The proposed plan resolves the current arrears by extending the plan six months, so that the base amount of the confirmed plan will still be reached by the end of the case.

6. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 52 as the new confirmed plan.

    **NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: March 26, 2026

**CIBIK LAW, P.C.**
*Counsel for Debtor*

By: _____

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com