UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Kelly A. Evanosich,

                Debtor.

Chapter 13
Bankruptcy No. 24-10304-PMM

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 53, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 52) is **APPROVED**.

Date:

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge