EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Kelly A. Evanosich, | Bankruptcy No. 24-10304-PMM |
| Debtor. | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 53, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 52) is **APPROVED**.

Date:   5/12/26

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge